UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE RODRIGUES, | ) | CASE NO. 4:21-cv-2260 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| CITY OF CAMPBELL, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is defendants' motion seeking judgment on the pleadings (1) for all claims in the complaint directed against special prosecutor John N. Zomoida, Jr. in his individual capacity; and (2) for any claim[1] against the City of Campbell for alleged failure to train or supervise Prosecutor Zomoida. (Doc. No. 11, Motion.)

Plaintiff has filed no opposition to the motion and the time for doing so has expired. This failure to oppose was further noted in the joint status report filed by the parties on August 11, 2022, which was signed by plaintiff's counsel. (*See* Doc. No. 14, Joint Status Report ¶ 3 ("The defendants issued a letter to plaintiff requesting the voluntary dismissal of defendant Zomoida in February and June 2022 and have not received a response.").)

For the reasons and upon the legal authority set forth in the defendants' unopposed motion, defendant John N. Zomoida, Jr. is hereby dismissed from this action. Further, any claim against

---

[1] Defendants assert that there are two claims of failure to train/supervise that encompass Zomoida—the fourth claim and the tenth claim.

defendant City of Campbell for failure to train and/or supervise Zomoida is also dismissed, in particular, the fourth and tenth causes of action.

Accordingly, defendants' motion for partial judgment on the pleadings (Doc. No. 11) is granted.

**IT IS SO ORDERED**.

Dated: August 19, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**